

## CORPORATION FILE DETAIL REPORT

| File Number | 62276258 | | |
|---|---|---|---|
| Entity Name | FIRST NATIONAL COLLECTION BUREAU, INC. | | |
| Status | ACTIVE | | |
| Entity Type | CORPORATION | Type of Corp | FOREIGN BCA |
| Qualification Date (Foreign) | 06/05/2002 | State | NEVADA |
| Agent Name | LEXIS DOCUMENT SERVICES INC. | Agent Change Date | 06/05/2002 |
| Agent Street Address | 801 ADLAI STEVENSON DR | President Name & Address | BRADLEY JARDEN 610 WALTHAM WAY MCCARRAN NV 89434 |
| Agent City | SPRINGFIELD | Secretary Name & Address | ELISEO MONTENEGRO JR 610 WALTHAM WAY MCCARRAN NV 89434 |
| Agent Zip | 62703 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 05/24/2016 | For Year | 2016 |

Return to the Search Screen      Purchase Certificate of Good Standing

(One Certificate per Transaction)

**OTHER SERVICES**

File Annual Report

Adopting Assumed Name

Articles of Amendment Effecting A Name Change

Change of Registered Agent and/or Registered Office Address

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE



EXHIBIT
Group
A



## LLC FILE DETAIL REPORT

| File Number | 01975706 | | |
|---|---|---|---|
| Entity Name | LVNV FUNDING LLC | | |
| Status | ACTIVE | On | 08/03/2016 |
| Entity Type | LLC | Type of LLC | Foreign |
| File Date | 09/25/2006 | Jurisdiction | DE |
| Agent Name | ILLINOIS CORPORATION SERVICE C | Agent Change Date | 08/16/2013 |
| Agent Street Address | 801 ADLAI STEVENSON DRIVE | Principal Office | 625 PILOT ROAD STE 3 LAS VEGAS, NV 89119 |
| Agent City | SPRINGFIELD | Management Type | MGR  View |
| Agent Zip | 62703 | Duration | PERPETUAL |
| Annual Report Filing Date | 08/03/2016 | For Year | 2016 |
| Series Name | NOT AUTHORIZED TO ESTABLISH SERIES | | |

Return to the Search Screen

Purchase Certificate of Good Standing
(One Certificate per Transaction)

**OTHER SERVICES**

File Annual Report

Adopting Assumed Name

Articles of Amendment Effecting A Name Change

Change of Registered Agent and/or Registered Office Address

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE