Print this Listing

## 11/29/2016 Illinois Division of Professional Regulation 12:25:54 PM

### SEARCH FOR LICENSEE BY PROFESSION:
### Collection Agency, Licensed
### THERE ARE 2 RECORDS WHOSE NAME CONTAINS: First National Collection

| Licensee's Name | DBA/AKA | License Number | License Status | City, State | Original Date | Current Exprtn | Ever Discplned? |
|---|---|---|---|---|---|---|---|
| First National Collection Bureau Inc | | 017020616 | NOT RENEWED | McCarran, NV | 08/21/2002 | 05/31/2015 | N |
| First National Collection Bureau Inc | | 017021976 | PROBATION | McCarran, NV | 10/15/2015 | 05/31/2018 | Y |

Page 1



Print this Listing

11/29/2016 **Illinois Division of Professional Regulation** 12:26:25 PM

SEARCH FOR LICENSEE BY PROFESSION:
Collection Agency, Licensed
THERE ARE 1 RECORDS WHOSE NAME CONTAINS: LVNV Funding

| Licensee's Name | DBA/AKA | License Number | License Status | City, State | Original Date | Current Exprtn | Ever Discplned? |
|---|---|---|---|---|---|---|---|
| LVNV FUNDING LLC | | 017021172 | ACTIVE | Las Vegas, NV | 08/28/2008 | 05/31/2018 | N |

Page 1