IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Agnes Stolinski f/k/a Dawlak, individually and on behalf of all others similarly situated, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 17 C 192 |
| First National Collection Bureau, Inc., a Nevada corporation, and LVNV Funding, LLC, a Delaware limited liability company, | ) ) ) ) ) ) | Judge Wood |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff hereby gives notice to the Court that she has reached a settlement of her individual claims against the Defendants. Plaintiff hereby requests that this Court dismiss her claims against the Defendants, without prejudice, but with leave to reinstate by June 5, 2017.

Dated: April 21, 2017

One of Plaintiff's Attorneys

/s/ David J. Philipps
One of Plaintiff's Attorneys

David J. Philipps (Ill. Bar No. 06196285)
Mary E. Philipps (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465

## CERTIFICATE OF SERVICE

      I hereby certify that on April 21, 2017, a copy of the foregoing **Notice of Settlement** was filed electronically. Notice of this filing was sent to the following parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

| | |
|---|---|
| David M. Schultz | dschultz@hinshawlaw.com |
| Nabil G. Foster | nfoster@hinshawlaw.com |
| Lindsey Conley | lconley@hinshawlaw.com |
| Hinshaw & Culbertson, LLP | |
| 222 North LaSalle Street, | |
| Suite 300 | |
| Chicago, Illinois 60601-1081 | |

/s/ David J. Philipps_____

David J. Philipps
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com